UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.O.,<br><br>               Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, AND CHANCELLOR DAVID BANKS IN HIS OFFICIAL CAPACITY,<br><br>               Defendant. | 23-CV-8846 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       On February 14, 2024, the Court extended the deadline for Defendants to answer, move or otherwise respond to the complaint to March 14, 2024, and ordered the parties to file a joint letter regarding settlement by the same date. The parties failed to do so. The Court *sua sponte* extends these deadlines to **March 21, 2024**. If the parties continue to disregard Court orders and deadlines, the Court may issue sanctions.

Dated: March 19, 2024
       New York, New York

                                               SO ORDERED.

                                               JESSICA G. L. CLARKE
                                             United States District Judge