USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  M.O.

                             Plaintiff,                                      **ORDER**

                -against-                                     23-CV-8846 (JGLC)

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

                             Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Court is in receipt of the letter motions filed by Defendants' counsel and Plaintiff's counsel at ECF Nos. 25 and 26, respectively.

       Defendants' letter motion to adjourn the upcoming pre-settlement conference is DENIED. As a point of clarification to this Court's prior scheduling order at ECF No. 24, which contained a typographical error, the conference scheduled on Tuesday, April 23, 2024 at 3:30 p.m. is simply a pre-settlement status conference to discuss the parties' current settlement positions, evaluate the likelihood of settlement, and - if appropriate - set a mutually agreeable date for a full settlement conference. The Court finds that the pre-settlement status conference might be productive notwithstanding the representations in Defendants' letter, and accordingly the conference will move forward as scheduled. This will be a counsel-only conference and the parties are not required to attend with settlement authority. The conference will occur via Microsoft Teams, and the Court will separately email counsel a link to participate in the conference.

Because the Court has determined to maintain the pre-settlement conference as scheduled, Plaintiff's cross-motion is moot. The Court will discuss with the parties at the upcoming conference whether it would be productive to schedule a second pre-settlement conference at a later date.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 25 and 26**.

SO ORDERED.

Dated: April 19, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge